IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:09-CV-179-FDW-DCK

| | |
|---|---|
| JENNETTE PARKER AND JO ANN HARRIS-GUY (aka JO ANN HARRIS) | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY d/b/a CAROLINAS HEALTHCARE SYSTEM AND DARRYL PRINCE, in his Individual Capacity and as Agent, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Extension Of Time For Discovery" (Document No. 13) filed by the Plaintiffs in this action on March 3, 2010. While the Defendants have not yet filed a response, the Court is aware from a previous telephone conference with counsel addressing a different motion that the Defendants oppose the motion. Respectfully, the Court does not believe it needs to await a response prior to resolving the motion. After carefully considering the motion, as well as the entire record of the case to date, including the remaining deadlines, the Court in its discretion will <u>grant</u> the motion. Any further extensions, however, are extremely unlikely.

**IT IS, THEREFORE, ORDERED** that the following deadlines shall now apply in this case:

1. April 15, 2010 - discovery completion;

2. May 1, 2010 - mediation; and

3. May 1, 2010 - dispositive motions.

**IT IS FURTHER ORDERED** that all other deadlines and scheduling decisions set forth by the undersigned and by Judge Whitney (not explicitly revised herein) shall remain unchanged.

**IT IS FURTHER ORDERED** that, barring some extraordinary circumstance, any further extensions are extremely unlikely.

**SO ORDERED**.

Signed: March 8, 2010

David C. Keesler
United States Magistrate Judge